IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID L. LOPEZ               :

                             :

v.                           :      Civil Action WMN-02-3155

                             :

EXXON MOBIL CORPORATION      :

                             :

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 18th day of December, 2002, by the United States District Court for the District of Maryland, ORDERED:

    1.   That Plaintiff's motion to remand, Paper No. 9, is hereby GRANTED;

    2.   That the Clerk shall remand this action to the Circuit Court for Baltimore City; and

    3.   That the Clerk of the Court shall mail copies of the foregoing Memorandum and this Order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge